IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN MOLL,<br><br>Defendant. | MJ 22-65-M-KLD<br><br>JUDGMENT AND SENTENCE |

Defendant Kevin Moll appeared before the Court on December 9, 2022, for the purpose of entering a plea in this matter. The Court advised Defendant of the charge set forth in the Information, his rights relative to the charge, and the possible penalties. Defendant stated that he understood the charge against him, and he entered a plea of guilty to one count of unlawful taking of a threatened species in violation of 16 U.S.C.§§ 1538(a)(1)(G) and 1540(b)(1) and 50 C.F.R. § 17.40(b)(1)(i)(A) as set forth in the Information. The Court accepted his plea. Therefore,

**IT IS ORDERED** that Defendant is sentenced to pay a $10 special assessment, and restitution to the Confederated Salish and Kootenai Tribes Fish and Games Department in the amount of $5,000. Defendant shall pay the restitution in monthly installments of $50 each, beginning on February 21, 2023 and continuing on the 21st of every month thereafter until the restitution amount is

JUDGMENT AND SENTENCE - PAGE  1

paid in full.

Defendant is directed to send his special assessment and restitution payments to the following:

United States District Court
P.O. Box 8537
Missoula, Montana 59807

To ensure proper credit, Defendant's payments should reference the case number identified above. The Clerk of Court is directed to disburse the restitution to:

Confederated Salish and Kootenai Tribes (CSKT) Fish and Game Dept.
406 6th Ave East
Polson, MT 59860

**IT IS FURTHER ORDERED** that Defendant shall serve a period of two years of unsupervised probation under 18 U.S.C. § 3561(c)(2) from the date of this Judgment and Sentence. Defendant shall serve such probation under the condition that he not commit any violation of state or federal law.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) he has a right to appeal this Judgment, and the sentence imposed by this Judgment, within 14 days of its entry. To appeal, Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula,

JUDGMENT AND SENTENCE - PAGE 2

Montana 59802.

DATED this 9th day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge