IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN MOLL,<br><br>Defendant. | MJ 22-65-M-KLD<br><br>ORDER |

On December 9, 2022, the Court entered judgment in this matter ordering Defendant Kevin Moll to pay restitution in the amount of $5,000 to the Confederated Salish and Kootenai Tribes Fish and Games Department. (Doc. 21). The Court directed Defendant to pay that amount in monthly installments of $50 each, beginning on February 21, 2023 and continuing on the 21st of every month thereafter until the restitution amount is paid in full.

On April 21, 2023, Defendant contacted the Court seeking permission make his payments on the 26th of every month. Accordingly, and good cause appearing,

IT IS ORDERED that the Judgment and Sentence entered on December 9, 2022 (Doc. 21) is AMENDED to reflect that Defendant's monthly restitution payments shall be due on the 26th of every month. All other provisions of the

1

December 9, 2022 Judgment and Sentence shall remain in place. Defense counsel is directed to provide the Defendant with a copy of this order.

DATED this 21st day of April, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge